UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR HOLLIN,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF NAPA, et al.,<br><br>            Defendants. | Case No. 23-cv-06634-HSG<br><br>**ORDER REGARDING PLAINITFF'S RESPONSE TO REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 15 |

Magistrate Judge Tse filed a Report and Recommendation on June 25, 2024, in which he recommended dismissing Plaintiff Oscar Hollin's amended complaint without leave to amend. Dkt. No. 11.  The deadline for objections was July 9, 2024.  Plaintiff did not file any timely objections, and the Court adopted Judge Tse's Report and Recommendation and dismissed the case on July 15, 2024.  Dkt. No. 13.  Later that same day, Plaintiff filed a response to the Report and Recommendation.  Dkt. No. 15.  Having reviewed Plaintiff's objections, the Court continues to find that Judge Tse's Report and Recommendation is correct, well-reasoned, and thorough.  As Judge Tse explained, Plaintiff's amended complaint challenges a state-court judgment and evidentiary rulings made by a state court. *See* Dkt. No. 11.  Such claims are barred by the *Rooker–Feldman* doctrine.  *Id.*  The Court therefore reaffirms its adoption of the Report notwithstanding Plaintiff's untimely objection, and the dismissal and judgment remain in place. Dkt. Nos. 13, 14.

**IT IS SO ORDERED.**

Dated:  7/16/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge